# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA CASTRO,<br><br>            Plaintiff,<br>    v.<br><br>MRG RESTAURANT GROUP Inc. et al.,<br><br>            Defendants. | Case No. 2:13-cv-927-ODW(MANx)<br><br>**ORDER TO SHOW CAUSE RE CLASS CERTIFICATION** |

Under Local Rule 23-3, the proponent of a class must file a motion for certification that the action is maintainable as a class action within 90 days after service of the complaint. Or in cases where the complaint was filed in state court and the case later removed to federal court, the certification motion is due within 90 days of removal.

In this case, the Complaint was served on January 13, 2013, and the action was removed to this Court on February 8, 2013. Thus, the certification motion was due by May 9, 2013. Yet no such motion has been filed.

Accordingly, Plaintiff Virginia Castro is hereby **ORDERED TO SHOW CAUSE**, in writing no later than June 24, 2013, why she failed to meet this deadline and why the Court should not decline to certify this action as a class action.

**IT IS SO ORDERED.**

June 13, 2013

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**