Jonathan Ricasa (SBN 223550)
jricasa@ricasalaw.com
LAW OFFICE OF JONATHAN RICASA
2341 Westwood Boulevard, Suite 7
Los Angeles, California 90064
Telephone: (424) 248.0510
Facsimile: (424)204.0652

Attorney for Plaintiff
Virginia Castro

Co-Counsel for Plaintiff listed on the next page

Lyne A. Richardson (SBN 143566)
Robert A. Orozco (SBN 201532)
Kevin D. Sullivan (SBN 270343)
FORD & HARRISON LLP
350 South Grand Avenue, Suite 2300
Los Angeles, California 90071
Telephone: (213) 237-2400
Facsimile: (213) 237-2401

Attorneys for Defendants
MRG Restaurant Group, Inc.
and Michael R. Gribble

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Virginia Castro, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MRG Restaurant Group, Inc., a California corporation; Michael R. Gribble, an individual; and Doe One through and including Doe One Hundred,<br><br>Defendants. | Case No. 2:13-cv-00927-ODW-MAN<br><br>**ORDER OF DISMISSAL**<br><br>Hon. Otis D. Wright II<br>Courtroom 11<br><br>OSC Date: October 7, 2013<br>Time: 1:30 p.m.<br>Place: Courtroom 11<br>     312 Spring Street<br>     Los Angeles, California 90012<br><br>Complaint filed: January 3, 2013 |

Briana M. Kim (SBN 255966)
briana@brianakim.com
LAW OFFICE OF BRIANA KIM
249 East Ocean Boulevard, Suite 814
Long Beach, California 90802
Telephone: 714.482.6301
Facsimile: 714.482.6302

Co-Counsel for Plaintiff
Virginia Castro

///

///

///

1
2   Pursuant to stipulation by and between Plaintiff Virginia Castro and Defendants
3   MRG Restaurant Group, Inc. and Michael R. Gribble, through their designated counsel,
4   the above-captioned action is dismissed in its entirety pursuant to Federal Rule of Civil
5   procedure 41(a)(1), with prejudice. Further, the hearing on the Order to Show Cause Re:
6   Settlement, set for October 7, 2013, at 1:30 p.m. is hereby VACATED and taken OFF-
7   CALENDAR.
8       IT IS SO ORDERED.

         _____
         Hon. Otis D. Wright II
         United States District Judge