1  Jonathan Ricasa (SBN 223550)
   jricasa@ricasalaw.com
2  LAW OFFICE OF JONATHAN RICASA
   2341 Westwood Boulevard, Suite 7
3  Los Angeles, California 90064
   Telephone: (424) 248.0510
4  Facsimile: (424)204.0652

5  Attorney for Plaintiff
   Virginia Castro
6
   Co-Counsel for Plaintiff listed on the next page
7
   Lyne A. Richardson (SBN 143566)
8  Robert A. Orozco (SBN 201532)
   Kevin D. Sullivan (SBN 270343)
9  FORD & HARRISON LLP
   350 South Grand Avenue, Suite 2300
10 Los Angeles, California 90071
   Telephone: (213) 237-2400
11 Facsimile: (213) 237-2401

12 Attorneys for Defendants
   MRG Restaurant Group, Inc.
13 and Michael R. Gribble

14
15                 UNITED STATES DISTRICT COURT

16                 CENTRAL DISTRICT OF CALIFORNIA

17
18 Virginia Castro, individually and on       )  Case No. 2:13-cv-00927-ODW-MAN
   behalf of all others similarly situated,   )
19                                            )  **ORDER OF DISMISSAL**
                    Plaintiff,                )
20                                            )  Hon. Otis D. Wright II
         v.                                   )  Courtroom 11
21                                            )
   MRG Restaurant Group, Inc., a              )
22 California corporation; Michael R.         )  OSC Date: October 7, 2013
   Gribble, an individual; and Doe One        )  Time: 1:30 p.m.
23 through and including Doe One               )  Place: Courtroom 11
   Hundred,                                    )         312 Spring Street
24                                            )         Los Angeles, California 90012
                    Defendants.               )
25                                            )
                                              )  Complaint filed: January 3, 2013
26                                            )
                                              )
27 _____)

28

JS-6

1

2  Briana M. Kim (SBN 255966)
   briana@brianakim.com
3  LAW OFFICE OF BRIANA KIM
   249 East Ocean Boulevard, Suite 814
4  Long Beach, California 90802
   Telephone:  714.482.6301
   Facsimile:  714.482.6302
5
   Co-Counsel for Plaintiff
6  Virginia Castro

7

8  ///

9  ///

10
   ///
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER OF DISMISSAL

1

2       Pursuant to stipulation by and between Plaintiff Virginia Castro and Defendants

3 MRG Restaurant Group, Inc. and Michael R. Gribble, through their designated counsel,

4 the above-captioned action is dismissed in its entirety pursuant to Federal Rule of Civil

5 procedure 41(a)(1), with prejudice. Further, the hearing on the Order to Show Cause Re:

6 Settlement, set for October 7, 2013, at 1:30 p.m. is hereby VACATED and taken OFF-

7 CALENDAR.

8       IT IS SO ORDERED.

9

10                                  Hon. Otis D. Wright II

                                      United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER OF DISMISSAL